IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Misc. Case No. 1:22-mc-23786-KMW

| | |
|---|---|
| PDV USA, INC., <br><br> Petitioner, <br><br> v. <br><br> DAVID RIVERA, <br><br> Respondent. | Related Cases: <br><br> Unnamed Sealed Proceeding before Hon. K. Michael Moore (S.D. Fla.); <br><br> No. 20-cv-3699 (S.D.N.Y). |

**Joint Status Report**

Petitioner PDV USA, Inc. ("PDV USA") and Respondent David Rivera hereby submit this Joint Status Report pursuant to the Court's February 6, 2024 order (ECF No. 22).

**I.  Joint Status Report**

PDV USA commenced this action on November 18, 2022 by filing a motion to enforce a document subpoena served on Mr. Rivera, who resides in this District. (ECF No 1). The document subpoena issued from a lawsuit currently pending in the United States District Court for the Southern District of New York, *PDV USA, Inc. v. Interamerican Consulting, Inc.*, No. 1:20-cv-03699 (S.D.N.Y. 2020) (the "Underlying Litigation"). The subpoena requests contains a single document request. It calls for the production of a written declaration of an FBI agent relating to the subject of the Underlying Litigation (the "FBI Declaration"), as well as any documents related to the FBI Declaration. (ECF No. 1-4 at 10). Mr. Rivera claims that the FBI Declaration is under seal in an unidentified sealed judicial proceeding pending in this District before the Honorable K. Michael Moore (the "Sealed Proceeding"). (ECF No. 19). PDV USA previously requested that this proceeding be transferred to Judge Moore because the issues raised by PDV USA's motion are likely intertwined with the Sealed Proceeding. (ECF No. 3).

On December 9, 2022, Mr. Rivera filed an opposition memorandum in response to PDV USA's motion in this proceeding. (ECF No. 19). On December 16, 2022, PDV USA filed a reply memorandum. (ECF No 21).

On February 8, 2024, the undersigned had a telephonic meet and confer. The parties have not been able to resolve the dispute concerning the FBI Declaration and therefore PDV USA's motion remains ripe. As noted, the motion has been fully briefed.

## II. PDV USA's Additional Status Report

PDV USA provides the following additional information.

On December 8, 2022, an indictment against Mr. Rivera and co-defendant Esther Nuhfer was unsealed in the Southern District of Florida. *United States v. Rivera, et. al.*, 1:22-cr-20552 (S.D. Fla.), ECF No 3.

On January 3, 2023, the court in the Underlying Litigation stayed the Underlying Litigation to afford time for the production to PDV USA of certain documents cited in the indictment (not the FBI Declaration). *PDV USA, Inc.*, No. 1:20-cv-03699, ECF No. 129. That stay was periodically extended throughout 2023. *Id.*, ECF Nos. 135, 139, 156. Recently, the Court indicated that the stay would be lifted as of March 15, 2024. *Id.*, ECF No. 162.[1]

---

[1] Interamerican believes PDV USA's discussion of the indictment of David Rivera and stay of the Underlying Litigation are not germane to the status of this proceeding.

Dated:  February 16, 2024

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Eliot Pedrosa* | By: /s/ *Jason Johnson*\* |
| Eliot Pedrosa (FBN 0182443)<br>Amy Grace Fudenberg (FBN 1011312)<br>JONES DAY<br>600 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>Telephone: (305) 714-9700<br>E-mail:  epedrosa@jonesday.com<br>             afudenberg@jonesday.com | Jason Johnson (FBN 186538)<br>Byrd Campbell, P.A.<br>180 Park Avenue North, Suite 2A<br>Winter Park, FL 32789<br>Telephone: (407) 392-2285<br>E-mail:  JJohnson@ByrdCampbell.com |
| *Attorneys for Petitioner PDV USA, Inc.* | *Attorney for Respondent David Rivera*<br><br>\**Electronic signature with permission.* |

Brady M. Sullivan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York  10019
(212) 728-8000
bsullivan@willkie.com

*Attorney for Petitioner PDV USA, Inc.*